IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGIONS BANK, | ) |
| Plaintiff, | ) CASE NO. 3:09-00454 |
| | ) JUDGE HAYNES |
| v. | ) |
| FIRST LEBANON, LLC, EDWARD WILLIAM HENRY, THE CALLEN TRUST, and FIRST THUNDERBOLT, INC., | ) |
| Defendants. | ) |

### ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

Pursuant to the parties' stipulation (Docket Entry No. 48), this action is **DISMISSED with prejudice**. Plaintiff and Defendant shall each bear their own costs, expenses, and attorneys' fees.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ____ day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge